UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  2:14-cr-64-FtM-38DNF

DOROTHY ROGERS

_____

**FORFEITURE MONEY JUDGMENT**

The United States moves, pursuant to 18 U.S.C. § 982(a)(7) and Federal Rule of Criminal Procedure 32.2(b)(2), for a forfeiture money judgment in the amount of $512,305.19 against defendant Dorothy Rogers, representing the amount of proceeds she obtained as a result of the theft of property belonging to the Medicare program, specifically proceeds of cafeteria sales, in violation of 18 U.S.C. § 666(a)(1)(A), as charged in Count One of the Information.

The defendant pleaded guilty to Count One and the Court accepted her plea and adjudicated her guilty.  The Court finds that as a result of this offense, the defendant obtained proceeds in the amount of $512,305.19.  Thus, the United States is entitled to a forfeiture money judgment in this amount pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

The Court further finds that the United States is entitled, under 21 U.S.C. § 853(p), incorporated by 18 U.S.C. § 982(b)(1), to forfeit any property belonging to the defendant as a substitute asset in satisfaction of her money judgment.

Accordingly, it is hereby

**ORDERED:**

The motion of the United States is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 982(a)(7) and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Dorothy Rogers is personally liable to the United States of America for a forfeiture money judgment in the amount of $512,305.19, representing the amount of proceeds she obtained as a result of the offense of conviction, in violation of 18 U.S.C. § 666(a)(1)(A), as charged in Count One of the Information.

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's Plea Agreement (Doc. 3, at 5), the order of forfeiture will be final as to the defendant upon entry.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek as substitute assets, under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), up to and including the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

**ORDERED** in Fort Myers, Florida, on September 11, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record